```
1  McGREGOR W. SCOTT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7
```



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | REQUEST TO UN-SEAL SEARCH WARRANTS; [PROPOSED] ORDER |
|---|---|
| 4410 N. Pershing Avenue, #C-24, Stockton, California 95207 | 2:19-SW-0422-AC |
| 1139 Parma Road, Stockton, California 95206 | 2:19-SW-0423-AC |
| 2518 Briarcliff Drive, Stockton, California 95206 | 2:19-SW-0424-AC |
| 723 Bedlow Drive, Stockton, California 95210 | 2:19-SW-0425-AC |
| 32 W. Willow Street, Stockton, California 95202 | 2:19-SW-0426-AC |
| 1011 Rosemarie Lane, Apartment #109, Stockton, California 95207 | 2:19-SW-0427-AC |
| 4420 Janell Lane, Stockton, California 95206 | 2:19-SW-0428-AC |
| A 2004 blue DODGE DURANGO bearing California license plate 5HAY528 | 2:19-SW-0429-AC |
| Silver 2014 Buick LaCrosse, bearing California license plate 8ECW699 | 2:19-SW-0430-AC |
| 4410 N. Pershing Avenue, #C-25, Stockton, California 95207 | 2:19-SW-0431-AC |
| 2229 Royal Street, Stockton, California 95210 | 2:19-SW-0432-AC |
| Kadrena Latrice WATTS | 2:19-SW-0433-AC |
| Alexander Deavonte WELCH | 2:19-SW-0435-AC |

MOTION TO UN-SEAL; [PROPOSED] ORDER

| | |
|---|---|
| 1 | **REQUEST TO UNSEAL** |
| 2 | The search warrants in the above-captioned matters were executed on May 16, 2019, and there is |
| 3 | no need for the search warrants or their affidavits to remain under seal. Accordingly, the United States |
| 4 | requests that the above-captioned matters be unsealed. |

Dated: August 6, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ David Spencer
DAVID W. SPENCER
Assistant United States Attorney

## [PROPOSED] ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed.

Dated: 08-06-19

The Honorable Deborah Barnes
UNITED STATES MAGISTRATE JUDGE